**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Sarah Tuthill-Kveton, OSB No. 105324**
Email: sarah@chockbarhoum.com
**Rachel E. Meche, OSB No. 194184**
Email: rachel.meche@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

     Attorneys for Defendant Karena Stalcup,

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDELTON DIVISION

| | |
|---|---|
| WILLIAM JOSEPH ARNOLD, and | Case No. 2:23-cv-01903-HL |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| KARENA STALCUP, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate and agree that in consideration of a negotiated settlement executed by them, this action should be dismissal with prejudice, including all claims and

Page 1    **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
ALL052.0736

counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

**Date:**  8/20/2025

/s/*Benjamin Nielsen*
Benjamin Nielsen, OSB No. 165040
Email: ben@idiartlaw.com
Attorneys for Plaintiff

**CHOCK BARHOUM LLP**

**Date:**  8/20/2025

*Sarah Tuthill-Kveton*
Sarah Tuthill-Kveton, OSB No. 105324
Email: sarah@chockbarhoum.com
Attorneys for Defendant Karena Stalcup

## ORDER OF DISMISSAL

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party bearing their own attorney fees and costs.

DATED this  8  day of  September, 2025.

_____
MAGISTRATE JUDGE